United States Courts
Southern District of Texas
FILED
*September 24, 2019*
David J. Bradley, Clerk of Court

FILED
AUG 2 1 2019
DAVID CREWS, CLERK
BY _____ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.   CRIMINAL CASE NO. 4:19-CR- 110

STANLEY SIMMONS   18 U.S.C. § 922(g)(1)
   18 U.S.C. § 924(a)(2)

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 17, 2018, in the Northern District of Mississippi, STANLEY SIMMONS, defendant, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely, a Glock model 43, 9mm semi-automatic handgun, in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

For: _____ FAUSA   /s/ *Redacted signature*
WILLIAM C. LAMAR   FOREPERSON
UNITED STATES ATTORNEY



RECEIVED
AUG 21 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                                 CRIMINAL CASE NO. 4:19-CR- 110

STANLEY SIMMONS                                                    18 U.S.C. § 922(g)(1)
                                                                   18 U.S.C. § 924(a)(2)

## PENALTIES

### Count One
### 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Not more than 10 years imprisonment            18 U.S.C. § 924(a)(2);
Not more than $250,000 fine, or both           18 U.S.C. § 3571(b)(3);
Not more than three years supervised release   18 U.S.C. § 3583(b)(2); and
$100 special assessment                        18 U.S.C. § 3013(a)(2)(A).